

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00280-CR

**AMANDA CHRISTINE ADAMS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2016-395-C1**

## MEMORANDUM  OPINION

Amanda Christine Adams entered an open plea of guilty to the offense of possession with intent to deliver tetrahydrocannabinol within one thousand feet of a school, a drug free zone.  The trial court assessed punishment at ten years confinement. We reverse and remand for a new hearing on punishment.

In the first issue, Adams argues that the trial court abused its discretion on the issue of punishment because she was not permitted to present evidence prior to the

pronouncement of her sentence. The State concedes that the trial court erred by failing to allow Adams to present evidence relevant to sentencing before sentence was pronounced citing TEX. CODE CRIM. PROC. ANN. 37.07 Sec. 3 (a) (1) (West Supp. 2016); *Borders v. State*, 846 S.W.2d 834, 835 (Tex.Crim.App. 1992). We sustain Adams's first issue on appeal. Because of our disposition of the first issue, we need not address the second issue on appeal.[1] TEX.R.APP.P. 47.1.

We reverse the trial court's sentence imposed and remand the cause back to the trial court for a new hearing on punishment.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Reversed and remanded
Opinion delivered and filed July 26, 2017
Do not publish
[CR25]



---

[1] Because no more relief could be obtained from Appellant's second issue than is granted herein, we need not address it.